**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Judgment on rehearing rendered and mailed to all parties or counsel of record on March 16, 2022

**REHEARING ACTION: March 16, 2022**

**Docket Number: CA20-208 consolidated with CA20-206 & CA20-207**

**WANDA ANDERSON, ET AL.**
**VERSUS**
**GUZZINO COMMERCIAL, LLC., ET AL.**

**Appealed from Calcasieu Parish Case No. 2013-3564 c/w, 2013-3206 c/w, 2013-2895**

**BEFORE JUDGES:**

>   Hon. Shannon J. Gremillion
>   Hon. Van H. Kyzar
>   Hon. Candyce G. Perret

As counsel of record in the captioned case, you are hereby notified that the applications

for rehearing filed by:

1. **Guzzino Commercial, LLC., Industrial Carbon Services, Inc., and Utility Truck and Equipment Company;**

   **AND**

2. **Wanda Anderson, et al**

have this day been **DENIED.**

cc: Christopher E. John, Counsel for the Appellee
  David Laine Morgan, Counsel for the Appellee
  Ralph Edward Kraft, Counsel for the Appellant
  Thomas John Gayle, Counsel for the Appellant
  Charles B. Cappel, Counsel for the Appellee
  Claude P. Devall, Counsel for the Appellee
  J. Lee Hoffoss, Jr., Counsel for the Appellee
  Donald Wayne McKnight, Counsel for the Appellee